UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LEILA PHILIP,

                        Plaintiff,

        v.                        Index No.: 03-CV-0097 (HGM) (GJD)

COLGATE UNIVERSITY and
FREDERICK BUSCH,

                        Defendants.

---

Plaintiff Leila Philip and Defendants Frederick Busch and Colgate University have resolved the above entitled action on mutually acceptable terms.

IT IS HEREBY STIPULATED AND AGREED between and among the parties, through the undersigned attorneys, that the above entitled action, accordingly, be and hereby is dismissed with prejudice and without costs to any party as against the other.

Dated: November 8, 2005

| | |
|---|---|
| HUGHES HUBBARD & REED LLP | DWYER & COLLORA, LLP |
| By: _/s/ Jodi Divak_ | By: _/s/ Ellen Zucker_ |
| George A. Davidson (BR No. 601170) | Ellen J. Zucker (BR No. 568051) |
| Jodi B. Divak (BR No. 511745) | 600 Atlantic Avenue |
| One Battery Park Plaza | Boston, Massachusetts 02210 |
| New York, New York 10004 | (617) 371-1000 |
| (212) 837-6000 | (617) 371-1037 |
| (212) 422-4726 | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Colgate University | Leila Philip |

NY NY 31413_1

WARD NORRIS HELLER & REIDY LLP

By: _____
Thomas S. D'Antonio (BR No. 510890)
300 State Street
Rochester, New York 14614
(585) 454-0700
(585) 423-5910

Attorneys for Defendant
Frederick Busch


SO ORDERED:

_Howard G. Munson_  11/29/05
_____
U.S.D.J.